UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MARGARET BROWN,

    Plaintiff,

v.

LOWE'S HOME CENTERS, LLC,

    Defendant.

DOCKET NO:

## NOTICE OF REMOVAL

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE:**

NOW COMES Defendant, Lowe's Home Centers, LLC ("Lowe's"), and pursuant to the provisions of 28 U.S.C. § 1446(a), hereby respectfully files this Notice of its Removal of this action to the United States District Court for the District of Maine from the Superior Court of Maine, in and for Knox County. In support of this Notice of Removal, Lowe's states as follows:

1. Lowe's is the Defendant in a civil action brought in the Superior Court of the State of Maine, Knox County, captioned <u>Margaret Brown v. Lowe's Home Centers, LLC</u>, Docket No. CV-22-XX (the "State Court Action").[1]

2. On or about August 15, 2022, Lowe's was served with a copy of the Summons and Complaint in the State Court Action. Pursuant to 28 U.S.C. § 1446(a), Lowe's is filing herewith a copy of all process, pleadings, and orders in the State Court Action currently in the possession of Lowe's, which includes the Summons, Notice Regarding Electronic Service, and Complaint, respectively Exhibits A-C.

---

[1] Lowe's has yet to receive the docket number for the State Court Action.

101427600

3. Lowe's has not yet filed an Answer to the Complaint. This Notice of Removal is filed within thirty (30) days after receipt by Lowe's of a copy of the initial pleading setting forth the claim upon which such action or proceeding is based, as required by 28 U.S.C. § 1446(b).

4. The State Court Action is a suit of a wholly civil nature brought in the Superior Court of the State of Maine, in and for Knox County. The United States District Court for the District of Maine is therefore the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§ 101 and 1441(a).

5. This District Court has original jurisdiction to entertain this action pursuant to 28 U.S.C. § 1332(a) because the parties to this case are citizens of different states, and because the plaintiff alleges that her damages exceed the sum of $75,000.00, exclusive of interest and costs:

   a. Plaintiff resides and is domiciled in Rockland, Knox County, Maine. (Ex. C, ¶ 1.)
   b. Lowe's is a company with a principal place of business in North Carolina.
   c. Plaintiff has alleged and sought damages in excess of $75,000.

6. Removal of this action is neither prohibited by 28 U.S.C. §1445 nor §1441(b)(2).

7. Pursuant to 28 U.S.C. § 1446(d), Lowe's will give written notice of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the clerk of the Superior Court of the State of Maine, in and for Knox County promptly after it has filed this Notice of Removal with this Court.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, respectfully requests that the above-referenced action now pending in the Superior Court of Maine, in and for Knox County, be removed from that Court to the United States District Court for the District of Maine.

Respectfully submitted,

/s/ Brian A. Suslak
Brian A. Suslak
Maine Bar No. 006316
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
Center of New Hampshire Office Tower
650 Elm Street, Suite 201
Manchester, NH 03101
Phone: 603-622-3400
Fax: 603-622-3466
*LOWE'S HOME CENTERS, LLC*

Dated: September 2, 2022