STATE OF MAINE

KNOX, SS.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO.

Margaret Brown of                    )
Rockland, Knox County, Maine         )
                                     )          COMPLAINT
          Plaintiff                  )
                                     )            and
v.                                   )
                                     )        JURY DEMAND
Lowe's Home Centers, LLC             )
Thomaston, Knox County, Maine        )
                                     )
          Defendant                  )

**NOW COMES** Plaintiff, Margaret Brown, by and through counsel, and submits the following Complaint against Defendant, Lowe's Home Centers, LLC, as follows:

1.      Plaintiff, Margaret Brown is an individual residing in the Town of Rockland, County of Knox, State of Maine.

2.      Defendant, Lowe's Home Centers, LLC is a corporation incorporated under the laws of the State of North Carolina and is the operator of a store located in Thomaston, County of Knox, State of Maine.

3.      On May 3, 2019, Plaintiff was shopping at Defendant's Thomaston, Maine Store when she was struck and injured by a large lift/loader machine believed to be called a "Ballymore" operated by one of Defendant's employees.

4.      At all times herein described, Plaintiff exercised all due and reasonable care.

5.      At all times relevant thereto, Defendant was responsible for exercising reasonable care in providing its guests a safe shopping area and properly training its employees in the use and operation of equipment within the store.

6.     Being struck by the "Ballymore" was the direct result of Defendant's failure to properly train its employee in the use of the "Ballymore" together with its employee's negligence, recklessness and carelessness.

7.     As a result of Defendant's and its employee's negligence, Plaintiff sustained physical injuries for which she has incurred medical expenses and will continue to incur expenses for medical treatment into the indefinite future.

8.     As a result of Defendant's and its employee's negligence, Plaintiff has experienced a loss of earnings and will continue to suffer a loss of earning capacity into the indefinite future.

9.     As a result of Defendant's and its employee's negligence, Plaintiff has suffered pain and suffering and believes her injuries to be permanent and that her pain and suffering will continue for the remainder of her life.

10.     At all times mentioned herein, Plaintiff exercised due and reasonable care, and no negligence on her part caused or contributed to being struck by the "Ballymore." If, however, it is determined that some negligence on the part of Plaintiff contributed to the collision with the "Ballymore" and her resulting injuries and economic damages, then the negligence of Defendant was greater than that of Plaintiff.

WHEREFORE, Plaintiff, Margaret Brown demands judgment against the Defendant, Lowe's Home Centers, LLC, in an amount reasonable under the circumstances, together with interest and costs.

Dated: 8/10/22

Darby C. Urey, Bar No. 8960
Attorney for Plaintiff
STROUT & PAYSON, P.A.
10 Masonic Street, P.O. Box 248

2

Rockland, ME 04841
(207) 594-8400
darby@stroutpayson.com

3